UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON HUPPERT,  ) | |
| ) | |
| Plaintiff(s), ) | No. C 05-1433 SBA (BZ) |
| ) | |
| v. ) | **INITIAL DISCOVERY ORDER** |
| ) | |
| CITY OF PITTSBURG, ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

All discovery in this matter has been referred to United States Magistrate Judge Bernard Zimmerman.

In the event a discovery dispute arises, the parties shall meet in person or, if counsel are outside the Bay Area, by telephone and make a good faith effort to resolve their dispute. Exchanging letters or telephone messages about the dispute is insufficient. The Court will not read subsequent positioning letters; parties shall instead make a contemporaneous record of their meeting using a tape recorder or a court reporter.

In the event they cannot resolve their dispute, the parties must participate in a telephone conference with the Court **before** filing any discovery motions or other papers.

1

1  The party seeking discovery shall request a conference in a
2  letter served on all parties not exceeding two pages (with no
3  attachments) which briefly explains the nature of the action
4  and the issues in dispute.  Other parties may reply in similar
5  fashion within two days of receiving the letter requesting the
6  conference.  The Court will contact the parties to schedule
7  the conference.
8       After the conference with the Court, if filing papers is
9  deemed necessary, they should be filed **electronically filed**
10 with the Clerk's Office, with **one hard copy delivered directly**
11 **to Magistrate Judge Zimmerman's Chambers (Room 15-6688)**.  A
12 chambers copy of all briefs shall be submitted on a diskette
13 formatted in WordPerfect 6, 8, 9 or 10.  The diskette shall be
14 scanned for virus before submission.
15 Dated: August 22, 2005

_____
Bernard Zimmerman
United States Magistrate Judge