```
 1  KATHY E. MOUNT, SBN 104736
    DANA S. ZAMCZYK, SBN 235539
 2  MEYERS, NAVE, RIBACK, SILVER & WILSON
    555 12th Street, Suite 1500
 3  Oakland, CA  94607
    kmount@meyersnave.com
 4  Telephone:  (510) 808-2000
    Facsimile:  (510) 444-1108
 5
    Attorneys for Defendants
 6  City of City Of Pittsburg, Chief of Police Aaron Baker,
    Capt. William Zbacnik, Lt. Michael Barbanica,
 7  Lt. William "Brian" Addington, and Lt. Wade Derby
 8
 9              IN THE UNITED STATES DISTRICT COURT
10           FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
12  RON HUPPERT and JAVIER SALGADO,    | Case No. C 05-01433 JL
13           Plaintiffs,                |
                                        | STIPULATION AND ORDER TO
14       v.                             | CONTINUE CASE MANAGEMENT
                                        | CONFERENCE
15  CITY OF PITTSBURG, et al.,          |
                                        |
16           Defendants.                | Complaint Filed: April 7, 2005
17
```

STIPULATION AND ORDER TO CONTINUE
CASE MANAGEMENT CONFERENCE                1

Huppert, et al. v. City of Pittsburg, et al.
Case No. C 05-01433 SBA

1  **IT IS HEREBY STIPULATED** by and between the parties, through their attorneys of
2  record, that the Case Management Conference currently set for October 26, 2005, at 10:30
3  a.m., is hereby rescheduled to November 9, 2005, at 10:30 a.m., in Courtroom F of the
4  above entitled court.
5      The continuance is due to the unavailability of Defendants' counsel who will be out of
6  the country on a pre-paid vacation from October 21, 2005 through November 4, 2005.

7  Dated: September 9, 2005    MEYERS, NAVE, RIBACK, SILVER & WILSON

By: _/s/ Kathy E. Mount_____
    Kathy E. Mount
    Attorneys for Defendants

12  Dated: September 7, 2005

_/s/ Russell Robinson_____
Russell Robinson
Attorney for Plaintiffs

15  **IT IS SO ORDERED.**

17  Dated: September 13, 2005

IT IS SO ORDERED
_/s/ James Larson_
Judge James Larson
Honorable Magistrate, United States District Court

21  782157