Kathy E. Mount, Esq. (SBN: 104736)
Dana S. Zamczyk, Esq. (SBN: 235539)
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA  94607
kmount@meyersnave.com
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants
CITY OF PITTSBURG, CHIEF OF POLICE AARON BAKER,
CAPT. WILLIAM ZBACNIK, LT. MICHAEL BARBANICA,
LT. WILLIAM "BRIAN" ADDINGTON, and
LT. WADE DERBY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON HUPPERT and JAVIER SALGADO, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF PITTSBURG, et al., <br><br> Defendants. | Case No: C 05-01433 JL <br><br> **SEPARATE STATEMENT OF DISCOVERY PROPOUNDED BY DEFENDANT LT. WADE DERBY, PLAINTIFFS' RESPONSES AND JUSTIFICATION FOR DISCOVERY** <br> **Local Rule 37-2** <br><br> Date:  December 7, 2005 <br> Time:  9:30 a.m. <br> Dept:  Courtroom F, 15th Floor <br>      450 Golden Gate Avenue <br>      San Francisco, CA <br><br> Complaint Filed:  April 7, 2005 <br> Trial Date:  Not Yet Set |

## REQUEST FOR ADMISSIONS TO PLAINTIFF HUPPERT

**Request No. 1:**

Admit that in conducting himself as alleged in the first cause of action of YOUR complaint, Defendant Derby was performing a discretionary function.

**Response by Plaintiff Huppert**

Objection – calls for a legal/expert conclusion, and for protected work-product and attorney-client communications.

Separate Statement of Discovery Propounded
By Defendant Wade Derby, Plaintiffs' Responses
And Justification for Discovery

1

*Huppert, et al. v. City of Pittsburg*
Case No. C 05 01433 JL

1  **Justification for Discovery**

2  This request was made to establish a fact that defendants assumed was not in dispute.

3  **Request No. 2:**

4  Admit that with respect to the first cause of action of YOUR complaint, Defendant Derby's

5  conduct did not violate any clearly established statutory or constitutional rights of which

6  reasonable people would have known.

7  **Response by Plaintiff Huppert**

8  Objection – calls for a legal/expert conclusion, and for protected work-product and attorney-

9  client communications.

10  **Justification for Discovery**

11  This request was made to establish a fact that defendants assumed was not in dispute.

12  **Request No. 3:**

13  Admit that in conducting himself as alleged in the second cause of action of YOUR

14  complaint, Defendant Derby was performing a discretionary function.

15  **Response by Plaintiff Huppert**

16  Objection – calls for a legal/expert conclusion, and for protected work-product and attorney-

17  client communications.

18  **Justification for Discovery**

19  This request was made to establish a fact that defendants assumed was not in dispute.

20  **Request No. 4:**

21  Admit that with respect to the second cause of action of YOUR complaint, Defendant

22  Derby's conduct did not violate any clearly established statutory or constitutional rights of

23  which reasonable people would have known.

24  **Response by Plaintiff Huppert**

25  Objection – calls for a legal/expert conclusion, and for protected work-product and attorney-

26  client communications.

27  **Justification for Discovery**

28  This request was made to establish a fact that defendants assumed was not in dispute.

Separate Statement of Discovery Propounded
By Defendant Wade Derby, Plaintiffs' Responses                2
And Justification for Discovery

*Huppert, et al. v. City of Pittsburg*
Case No. C 05 01433 JL

1   **Request No. 5**:

2   Admit that Defendant Derby did not violate YOUR right to procedural due process pursuant

3   to the United States Constitution.

4   **Response by Plaintiff Huppert**

5   Objection – calls for a legal/expert conclusion, and for protected work-product and attorney-

6   client communications.

7   **Justification for Discovery**

8   This request was made to establish a fact that defendants assumed was not in dispute.

9   **Request No. 6**:

10   Admit that Defendant Derby did not violate YOUR right to procedural due process pursuant

11   to the California Constitution.

12   **Response by Plaintiff Huppert**

13   Objection – calls for a legal/expert conclusion, and for protected work-product and attorney-

14   client communications.

15   **Justification for Discovery**

16   This request was made to establish a fact that defendants assumed was not in dispute.

17   **Request No. 7**:

18   Admit that Defendant Derby did not engage in any act of conspiracy against YOU.

19   **Response by Plaintiff Huppert**

20   Objection – calls for a legal/expert conclusion, and for protected work-product and attorney-

21   client communications.

22   **Justification for Discovery**

23   This request was made to establish a fact that defendants assumed was not in dispute.

24   **Request No. 8**:

25   Admit that Defendant Derby did not engage in any act of harassment against YOU.

26   **Response by Plaintiff Huppert**

27   Objection – calls for a legal/expert conclusion, and for protected work-product and attorney-

28   client communications.

1  **Justification for Discovery**

2  This request was made to establish a fact that defendants assumed was not in dispute.

3  **Request No. 9:**

4  Admit that Defendant Derby did not engage in any act of retaliation against YOU.

5  **Response by Plaintiff Huppert**

6  Objection – calls for a legal/expert conclusion, and for protected work-product and attorney-

7  client communications.

8  **Justification for Discovery**

9  This request was made to establish a fact that defendants assumed was not in dispute.

10  **Request No. 10:**

11  Admit that at all times during YOUR employment with the City of Pittsburg, Defendant Derby

12  acted with the course and scope of his employment with the City of Pittsburg in his

13  interactions with YOU.

14  **Response by Plaintiff Huppert**

15  Objection – calls for a legal/expert conclusion, and for protected work-product and attorney-

16  client communications.

17  **Justification for Discovery**

18  This request was made to establish a fact that defendants assumed was not in dispute.

19  **REQUEST FOR ADMISSIONS TO PLAINTIFF SALGADO**

20  **Request No. 1:**

21  Admit that in conducting himself as alleged in the first cause of action of YOUR complaint,

22  Defendant Derby was performing a discretionary function.

23  **Response by Plaintiff Salgado**

24  Objection – calls for a legal/expert conclusion, and for protected work-product and attorney-

25  client communications.

26  **Justification for Discovery**

27  This request was made to establish a fact that defendants assumed was not in dispute.

28

---

**Request No. 2:**

Admit that with respect to the first cause of action of YOUR complaint, Defendant Derby's conduct did not violate any clearly established statutory or constitutional rights of which reasonable people would have known.

**Response by Plaintiff Salgado**

Objection – calls for a legal/expert conclusion, and for protected work-product and attorney-client communications.

**Justification for Discovery**

This request was made to establish a fact that defendants assumed was not in dispute.

**Request No. 3:**

Admit that in conducting himself as alleged in the second cause of action of YOUR complaint, Defendant Derby was performing a discretionary function.

**Response by Plaintiff Salgado**

Objection – calls for a legal/expert conclusion, and for protected work-product and attorney-client communications.

**Justification for Discovery**

This request was made to establish a fact that defendants assumed was not in dispute.

**Request No. 4:**

Admit that with respect to the second cause of action of YOUR complaint, Defendant Derby's conduct did not violate any clearly established statutory or constitutional rights of which reasonable people would have known.

**Response by Plaintiff Salgado**

Objection – calls for a legal/expert conclusion, and for protected work-product and attorney-client communications.

**Justification for Discovery**

This request was made to establish a fact that defendants assumed was not in dispute.

**Request No. 5:**

Admit that Defendant Derby did not violate YOUR right to procedural due process pursuant

1  to the United States Constitution.

2  **Response by Plaintiff Salgado**

3  Objection – calls for a legal/expert conclusion, and for protected work-product and attorney-

4  client communications.

5  **Justification for Discovery**

6  This request was made to establish a fact that defendants assumed was not in dispute.

7  **Request No. 6:**

8  Admit that Defendant Derby did not violate YOUR right to procedural due process pursuant

9  to the California Constitution.

10  **Response by Plaintiff Salgado**

11  Objection – calls for a legal/expert conclusion, and for protected work-product and attorney-

12  client communications.

13  **Justification for Discovery**

14  This request was made to establish a fact that defendants assumed was not in dispute.

15  **Request No. 7:**

16  Admit that Defendant Derby did not personally train YOU to falsify police reports.

17  **Response by Plaintiff Salgado**

18  Objection – calls for a legal/expert conclusion, and for protected work-product and attorney-

19  client communications.

20  **Justification for Discovery**

21  This request was made to establish a fact that defendants assumed was not in dispute.

22  **Request No. 8:**

23  Admit that Defendant Derby was not aware that you had falsified any police report until an

24  Internal Affairs investigation was initiated into this allegation.

25  **Response by Plaintiff Salgado**

26  Objection – calls for a legal/expert conclusion, and for protected work-product and attorney-

27  client communications.

28

Separate Statement of Discovery Propounded
By Defendant Wade Derby, Plaintiffs' Responses
And Justification for Discovery

6

*Huppert, et al. v. City of Pittsburg*
Case No. C 05 01433 JL

1  **Justification for Discovery**

2  This request was made to establish a fact that defendants assumed was not in dispute.

3  **Request No. 9:**

4  Admit that Defendant Derby did not engage in any act of conspiracy against YOU.

5  **Response by Plaintiff Salgado**

6  Objection – calls for a legal/expert conclusion, and for protected work-product and attorney-

7  client communications.

8  **Justification for Discovery**

9  This request was made to establish a fact that defendants assumed was not in dispute.

10  **Request No. 10:**

11  Admit that Defendant Derby did not engage in any act of harassment against YOU.

12  **Response by Plaintiff Salgado**

13  Objection – calls for a legal/expert conclusion, and for protected work-product and attorney-

14  client communications.

15  **Justification for Discovery**

16  This request was made to establish a fact that defendants assumed was not in dispute.

17  **Request No. 11:**

18  Admit that Defendant Derby did not engage in any act of retaliation against YOU.

19  **Response by Plaintiff Salgado**

20  Objection – calls for a legal/expert conclusion, and for protected work-product and attorney-

21  client communications.

22  **Justification for Discovery**

23  This request was made to establish a fact that defendants assumed was not in dispute.

24  **Request No. 12:**

25  Admit that Defendant Derby had discretion to recommend YOUR discipline for misconduct

26  as a result of falsifying police reports.

27  **Response by Plaintiff Salgado**

28  Objection – calls for a legal/expert conclusion, and for protected work-product and attorney-

1   client communications.

2   **Justification for Discovery**

3   This request was made to establish a fact that defendants assumed was not in dispute.

4   **Request No. 13:**

5   Admit that at all times during YOUR employment with the City of Pittsburg, Defendant Derby

6   acted with the course and scope of his employment with the City of Pittsburg in his

7   interactions with YOU.

8   **Response by Plaintiff Salgado**

9   Objection – calls for a legal/expert conclusion, and for protected work-product and attorney-

10  client communications.

11  **Justification for Discovery**

12  This request was made to establish a fact that defendants assumed was not in dispute.

13  **Interrogatory No. 1:**

14  If YOUR response to any Request for Admission served concurrently by Defendant DERBY

15  with these Interrogatories is anything other than an unqualified admission, please state each

16  and every fact upon which YOU base YOUR denial and identify all witnesses and

17  documents which relate to or support YOUR denial.

18  **Response by Plaintiff Huppert**

19  Objection – compound, calls for speculation, and for protected work-product and attorney-

20  client communications.

21  **Justification for Discovery**

22  The Interrogatory is designed to determine if there is a factual basis for denial of the

23  Requests for Admission and to locate relevant witnesses and documents.  This information

24  will be used to prove any facts which this plaintiff denies are true.  This is an efficient and

25  effective way to obtain information necessary for the defense of this defendant which

26  otherwise would have to be obtained by depositions.  Given the short amount of time

27  available for deposition of the plaintiff, and the large number of claims and defendants

28  named, this is the most reasonable and economic way to gather the necessary factual

---

Separate Statement of Discovery Propounded
By Defendant Wade Derby, Plaintiffs' Responses                    8
And Justification for Discovery

*Huppert, et al. v. City of Pittsburg*
Case No. C 05 01433 JL

1   information about this plaintiff's claims against this defendant.

2   **Interrogatory No. 2:**

3   Do YOU contend that Defendant DERBY engaged in any conduct that caused YOU to be

4   deprived of YOUR First Amendment constitutional rights?

5   **Response by Plaintiff Huppert**

6   Objection – compound, calls for speculation, and for protected work-product and attorney-

7   client communications.

8   **Justification for Discovery**

9   The Interrogatory is designed to determine what this plaintiff is contending against this

10  defendant.  This is an efficient and effective way to obtain information necessary for the

11  defense of this defendant which otherwise would have to be obtained by depositions.  Given

12  the short amount of time available for deposition of the plaintiff, and the large number of

13  claims and defendants named, this is the most reasonable and economic way to gather the

14  necessary factual information about this plaintiff's claims against this defendant.

15  **Interrogatory No. 3:**

16  If YOUR response to the previous interrogatory was in the affirmative please state each and

17  every fact upon which YOU base YOUR contention.

18  **Response by Plaintiff Huppert**

19  Objection – compound, calls for speculation, and for protected work-product and attorney-

20  client communications.

21  **Justification for Discovery**

22  The Interrogatory is designed to determine what facts plaintiff is aware of that support his

23  contention against this defendant.  This is an efficient and effective way to obtain

24  information necessary for the defense of this defendant which otherwise would have to be

25  obtained by depositions.  Given the short amount of time available for deposition of the

26  plaintiff, and the large number of claims and defendants named, this is the most reasonable

27  and economic way to gather the necessary factual information about this plaintiff's claims

28  against this defendant.

---

1  **Interrogatory No. 4:**

2  Do YOU contend that Defendant DERBY engaged in any conduct that caused YOU to be

3  deprived of YOUR Fourth Amendment constitutional rights?

4  **Response by Plaintiff Huppert**

5  Objection – compound, calls for speculation, and for protected work-product and attorney-

6  client communications.

7  **Justification for Discovery**

8  The Interrogatory is designed to determine what this plaintiff is contending against this

9  defendant.  This is an efficient and effective way to obtain information necessary for the

10 defense of this defendant which otherwise would have to be obtained by depositions.  Given

11 the short amount of time available for deposition of the plaintiff, and the large number of

12 claims and defendants named, this is the most reasonable and economic way to gather the

13 necessary factual information about this plaintiff's claims against this defendant.

14 **Interrogatory No. 5:**

15 If YOUR response to the previous interrogatory was in the affirmative please state each and

16 every fact upon which YOU base YOUR contention.

17 **Response by Plaintiff Huppert**

18 Objection – compound, calls for speculation, and for protected work-product and attorney-

19 client communications.

20 **Justification for Discovery**

21 The Interrogatory is designed to determine what facts plaintiff is aware of that support his

22 contention against this defendant.  This is an efficient and effective way to obtain

23 information necessary for the defense of this defendant which otherwise would have to be

24 obtained by depositions.  Given the short amount of time available for deposition of the

25 plaintiff, and the large number of claims and defendants named, this is the most reasonable

26 and economic way to gather the necessary factual information about this plaintiff's claims

27 against this defendant.

28

Separate Statement of Discovery Propounded
By Defendant Wade Derby, Plaintiffs' Responses
And Justification for Discovery

10

*Huppert, et al. v. City of Pittsburg*
Case No. C 05 01433 JL

**Interrogatory No. 6:**

Do YOU contend that Defendant DERBY engaged in any conduct that caused YOU to be deprived of YOUR Fifth Amendment constitutional rights?

**Response by Plaintiff Huppert**

Objection – compound, calls for speculation, and for protected work-product and attorney-client communications.

**Justification for Discovery**

The Interrogatory is designed to determine what this plaintiff is contending against this defendant.  This is an efficient and effective way to obtain information necessary for the defense of this defendant which otherwise would have to be obtained by depositions.  Given the short amount of time available for deposition of the plaintiff, and the large number of claims and defendants named, this is the most reasonable and economic way to gather the necessary factual information about this plaintiff's claims against this defendant.

**Interrogatory No. 7:**

If YOUR response to the previous interrogatory was in the affirmative please state each and every fact upon which YOU base YOUR contention.

**Response by Plaintiff Huppert**

Objection – compound, calls for speculation, and for protected work-product and attorney-client communications.

**Justification for Discovery**

The Interrogatory is designed to determine what facts plaintiff is aware of that support his contention against this defendant.  This is an efficient and effective way to obtain information necessary for the defense of this defendant which otherwise would have to be obtained by depositions.  Given the short amount of time available for deposition of the plaintiff, and the large number of claims and defendants named, this is the most reasonable and economic way to gather the necessary factual information about this plaintiff's claims against this defendant.

**Interrogatory No. 8:**

Separate Statement of Discovery Propounded
By Defendant Wade Derby, Plaintiffs' Responses
And Justification for Discovery

11

*Huppert, et al. v. City of Pittsburg*
Case No. C 05 01433 JL

1  Do YOU contend that Defendant DERBY engaged in any conduct that caused YOU to be

2  deprived of YOUR Sixth Amendment constitutional rights?

3  **Response by Plaintiff Huppert**

4  Objection – compound, calls for speculation, and for protected work-product and attorney-

5  client communications.

6  **Justification for Discovery**

7  The Interrogatory is designed to determine what this plaintiff is contending against this

8  defendant.  This is an efficient and effective way to obtain information necessary for the

9  defense of this defendant which otherwise would have to be obtained by depositions.  Given

10  the short amount of time available for deposition of the plaintiff, and the large number of

11  claims and defendants named, this is the most reasonable and economic way to gather the

12  necessary factual information about this plaintiff's claims against this defendant.

13  **Interrogatory No. 9:**

14  If YOUR response to the previous interrogatory was in the affirmative please state each and

15  every fact upon which YOU base YOUR contention.

16  **Response by Plaintiff Huppert**

17  Objection – compound, calls for speculation, and for protected work-product and attorney-

18  client communications.

19  **Justification for Discovery**

20  The Interrogatory is designed to determine what facts plaintiff is aware of that support his

21  contention against this defendant.  This is an efficient and effective way to obtain

22  information necessary for the defense of this defendant which otherwise would have to be

23  obtained by depositions.  Given the short amount of time available for deposition of the

24  plaintiff, and the large number of claims and defendants named, this is the most reasonable

25  and economic way to gather the necessary factual information about this plaintiff's claims

26  against this defendant.

27  **Interrogatory No. 10:**

28  Do YOU contend that Defendant DERBY engaged in any conduct that caused YOU to be

1  deprived of YOUR Fourteenth Amendment constitutional rights?

2  **Response by Plaintiff Huppert**

3  Objection – compound, calls for speculation, and for protected work-product and attorney-
4  client communications.

5  **Justification for Discovery**

6  The Interrogatory is designed to determine what this plaintiff is contending against this
7  defendant.  This is an efficient and effective way to obtain information necessary for the
8  defense of this defendant which otherwise would have to be obtained by depositions.  Given
9  the short amount of time available for deposition of the plaintiff, and the large number of
10  claims and defendants named, this is the most reasonable and economic way to gather the
11  necessary factual information about this plaintiff's claims against this defendant.

12  **Interrogatory No. 11:**

13  Do YOU contend that Defendant DERBY engaged in any conduct that caused YOU to be
14  deprived of YOUR equal protection and due process rights under the California
15  constitutional?

16  **Response by Plaintiff Huppert**

17  Objection – compound, calls for speculation, and for protected work-product and attorney-
18  client communications.

19  **Justification for Discovery**

20  The Interrogatory is designed to determine what this plaintiff is contending against this
21  defendant.  This is an efficient and effective way to obtain information necessary for the
22  defense of this defendant which otherwise would have to be obtained by depositions.  Given
23  the short amount of time available for deposition of the plaintiff, and the large number of
24  claims and defendants named, this is the most reasonable and economic way to gather the
25  necessary factual information about this plaintiff's claims against this defendant.

26  **Interrogatory No. 12:**

27  If YOUR response to the previous interrogatory was in the affirmative please state each and
28  every fact upon which YOU base YOUR contention.

1 | **Response by Plaintiff Huppert**

2 | Objection – compound, calls for speculation, and for protected work-product and attorney-

3 | client communications.

4 | **Justification for Discovery**

5 | The Interrogatory is designed to determine what facts plaintiff is aware of that support his

6 | contention against this defendant.  This is an efficient and effective way to obtain

7 | information necessary for the defense of this defendant which otherwise would have to be

8 | obtained by depositions.  Given the short amount of time available for deposition of the

9 | plaintiff, and the large number of claims and defendants named, this is the most reasonable

10 | and economic way to gather the necessary factual information about this plaintiff's claims

11 | against this defendant.

12 | **Interrogatory No. 13:**

13 | State each and every act by Defendant DERBY which YOU contend constitutes

14 | discrimination against YOU because of YOUR race.

15 | **Response by Plaintiff Huppert**

16 | Objection – compound, calls for speculation, and for protected work-product and attorney-

17 | client communications.

18 | **Justification for Discovery**

19 | The Interrogatory is designed to determine what facts plaintiff is aware of that support his

20 | contention against this defendant.  This is an efficient and effective way to obtain

21 | information necessary for the defense of this defendant which otherwise would have to be

22 | obtained by depositions.  Given the short amount of time available for deposition of the

23 | plaintiff, and the large number of claims and defendants named, this is the most reasonable

24 | and economic way to gather the necessary factual information about this plaintiff's claims

25 | against this defendant.

26 | **Interrogatory No. 14:**

27 | Do you contend that YOU suffered any loss of past or future wages or benefits as a result of

28 | any conduct by Defendant DERBY?

Separate Statement of Discovery Propounded
By Defendant Wade Derby, Plaintiffs' Responses          14
And Justification for Discovery

*Huppert, et al. v. City of Pittsburg*
Case No. C 05 01433 JL

1 | **Response by Plaintiff Huppert**

2 | Objection – compound, calls for speculation, and for protected work-product and attorney-

3 | client communications.

4 | **Justification for Discovery**

5 | The Interrogatory is designed to determine what this plaintiff is contending against this

6 | defendant.  This is an efficient and effective way to obtain information necessary for the

7 | defense of this defendant which otherwise would have to be obtained by depositions.  Given

8 | the short amount of time available for deposition of the plaintiff, and the large number of

9 | claims and defendants named, this is the most reasonable and economic way to gather the

10 | necessary factual information about this plaintiff's claims against this defendant.

11 | **Interrogatory No. 15:**

12 | In YOUR answer to the preceding Interrogatory is affirmative, state each and every element

13 | of such damage, the conduct by Defendant DERBY which caused it, and the amount of

14 | such damage.

15 | **Response by Plaintiff Huppert**

16 | Objection – compound, calls for speculation, and for protected work-product and attorney-

17 | client communications.

18 | **Justification for Discovery**

19 | The Interrogatory is designed to determine what facts plaintiff is aware of that support his

20 | contention against this defendant.  This is an efficient and effective way to obtain

21 | information necessary for the defense of this defendant which otherwise would have to be

22 | obtained by depositions.  Given the short amount of time available for deposition of the

23 | plaintiff, and the large number of claims and defendants named, this is the most reasonable

24 | and economic way to gather the necessary factual information about this plaintiff's claims

25 | against this defendant.

26 | **Interrogatory No. 16:**

27 | Do YOU contend that YOU suffered any damage resulting from emotional distress as a

28 | result of any conduct by Defendant DERBY?

Separate Statement of Discovery Propounded
By Defendant Wade Derby, Plaintiffs' Responses                    15
And Justification for Discovery

*Huppert, et al. v. City of Pittsburg*
Case No. C 05 01433 JL

1  **Response by Plaintiff Huppert**

2  Objection – compound, calls for speculation, and for protected work-product and attorney-

3  client communications.

4  **Justification for Discovery**

5  The Interrogatory is designed to determine what this plaintiff is contending against this

6  defendant.  This is an efficient and effective way to obtain information necessary for the

7  defense of this defendant which otherwise would have to be obtained by depositions.  Given

8  the short amount of time available for deposition of the plaintiff, and the large number of

9  claims and defendants named, this is the most reasonable and economic way to gather the

10  necessary factual information about this plaintiff's claims against this defendant.

11  **Interrogatory No. 17:**

12  In YOUR answer to the preceding Interrogatory is affirmative, state each and every element

13  of such damage, the conduct by Defendant DERBY which caused it, and the amount of

14  such damage.

15  **Response by Plaintiff Huppert**

16  Objection – compound, calls for speculation, and for protected work-product and attorney-

17  client communications.

18  **Justification for Discovery**

19  The Interrogatory is designed to determine what facts plaintiff is aware of that support his

20  contention against this defendant.  This is an efficient and effective way to obtain

21  information necessary for the defense of this defendant which otherwise would have to be

22  obtained by depositions.  Given the short amount of time available for deposition of the

23  plaintiff, and the large number of claims and defendants named, this is the most reasonable

24  and economic way to gather the necessary factual information about this plaintiff's claims

25  against this defendant.

26  **Interrogatory No. 18:**

27  Do YOU contend that YOU suffered any other loss of wages or benefits as a result of any

28  conduct by Defendant DERBY?

Separate Statement of Discovery Propounded
By Defendant Wade Derby, Plaintiffs' Responses                16
And Justification for Discovery

*Huppert, et al. v. City of Pittsburg*
Case No. C 05 01433 JL

1 | **Response by Plaintiff Huppert**

2 | Objection – compound, calls for speculation, and for protected work-product and attorney-

3 | client communications.

4 | **Justification for Discovery**

5 | The Interrogatory is designed to determine what this plaintiff is contending against this

6 | defendant.  This is an efficient and effective way to obtain information necessary for the

7 | defense of this defendant which otherwise would have to be obtained by depositions.  Given

8 | the short amount of time available for deposition of the plaintiff, and the large number of

9 | claims and defendants named, this is the most reasonable and economic way to gather the

10 | necessary factual information about this plaintiff's claims against this defendant.

11 | **Interrogatory No. 19:**

12 | In YOUR answer to the preceding Interrogatory is affirmative, state each and every element

13 | of such damage, the conduct by Defendant DERBY which caused it, and the amount of

14 | such damage.

15 | **Response by Plaintiff Huppert**

16 | Objection – compound, calls for speculation, and for protected work-product and attorney-

17 | client communications.

18 | **Justification for Discovery**

19 | The Interrogatory is designed to determine what facts plaintiff is aware of that support his

20 | contention against this defendant.  This is an efficient and effective way to obtain

21 | information necessary for the defense of this defendant which otherwise would have to be

22 | obtained by depositions.  Given the short amount of time available for deposition of the

23 | plaintiff, and the large number of claims and defendants named, this is the most reasonable

24 | and economic way to gather the necessary factual information about this plaintiff's claims

25 | against this defendant.

26 | **Interrogatory No. 20:**

27 | Do YOU contend that Defendant DERBY engaged in any conduct justifying an award of

28 | punitive damages in this matter?

Separate Statement of Discovery Propounded
By Defendant Wade Derby, Plaintiffs' Responses          17
And Justification for Discovery

*Huppert, et al. v. City of Pittsburg*
Case No. C 05 01433 JL

1 | **Response by Plaintiff Huppert**

2 | Objection – compound, calls for speculation, and for protected work-product and attorney-

3 | client communications.

4 | **Justification for Discovery**

5 | The Interrogatory is designed to determine what this plaintiff is contending against this

6 | defendant.  This is an efficient and effective way to obtain information necessary for the

7 | defense of this defendant which otherwise would have to be obtained by depositions.  Given

8 | the short amount of time available for deposition of the plaintiff, and the large number of

9 | claims and defendants named, this is the most reasonable and economic way to gather the

10 | necessary factual information about this plaintiff's claims against this defendant.

11 | **Interrogatory No. 21:**

12 | If YOUR answer to the preceding interrogatory is affirmative, state each and every fact upon

13 | which YOU base YOUR contention that Defendant DERBY engaged in conduct justifying an

14 | award of punitive damages.

15 | **Response by Plaintiff Huppert**

16 | Objection – compound, calls for speculation, and for protected work-product and attorney-

17 | client communications.

18 | **Justification for Discovery**

19 | The Interrogatory is designed to determine what facts plaintiff is aware of that support his

20 | contention against this defendant.  This is an efficient and effective way to obtain

21 | information necessary for the defense of this defendant which otherwise would have to be

22 | obtained by depositions.  Given the short amount of time available for deposition of the

23 | plaintiff, and the large number of claims and defendants named, this is the most reasonable

24 | and economic way to gather the necessary factual information about this plaintiff's claims

25 | against this defendant.

26 | **Interrogatory No. 22:**

27 | State each and every act by Defendant DERBY demonstrating that he intended, or

28 | recklessly disregarded the likelihood, that his acts would cause YOU to suffer emotional

Separate Statement of Discovery Propounded
By Defendant Wade Derby, Plaintiffs' Responses
And Justification for Discovery

18

*Huppert, et al. v. City of Pittsburg*
Case No. C 05 01433 JL

1  distress.

2  **Response by Plaintiff Huppert**

3  Objection – compound, calls for speculation, and for protected work-product and attorney-

4  client communications.

5  **Justification for Discovery**

6  The Interrogatory is designed to determine what facts plaintiff is aware of that support his

7  contention against this defendant.  This is an efficient and effective way to obtain

8  information necessary for the defense of this defendant which otherwise would have to be

9  obtained by depositions.  Given the short amount of time available for deposition of the

10  plaintiff, and the large number of claims and defendants named, this is the most reasonable

11  and economic way to gather the necessary factual information about this plaintiff's claims

12  against this defendant.

13  **Interrogatory No. 23:**

14  State each and every action by Defendant DERBY which YOU contend constitutes reckless,

15  intentional or negligent conduct falling below the standard of care owed to YOU.

16  **Response by Plaintiff Huppert**

17  Objection – compound, calls for speculation, and for protected work-product and attorney-

18  client communications.

19  **Justification for Discovery**

20  The Interrogatory is designed to determine what facts plaintiff is aware of that support his

21  contention against this defendant.  This is an efficient and effective way to obtain

22  information necessary for the defense of this defendant which otherwise would have to be

23  obtained by depositions.  Given the short amount of time available for deposition of the

24  plaintiff, and the large number of claims and defendants named, this is the most reasonable

25  and economic way to gather the necessary factual information about this plaintiff's claims

26  against this defendant.

27  **Interrogatory No. 24:**

28  If YOU contend that Defendant DERBY engaged in any act of conspiracy to deprive YOU of

Separate Statement of Discovery Propounded
By Defendant Wade Derby, Plaintiffs' Responses          19
And Justification for Discovery

*Huppert, et al. v. City of Pittsburg*
Case No. C 05 01433 JL

1  YOUR rights, state each and every specific act engaged in by Defendant DERBY which

2  YOU contend constitutes an act of conspiracy.

3  **Response by Plaintiff Huppert**

4  Objection – compound, calls for speculation, and for protected work-product and attorney-

5  client communications.

6  **Justification for Discovery**

7  The Interrogatory is designed to determine what facts plaintiff is aware of that support his

8  contention against this defendant.  This is an efficient and effective way to obtain

9  information necessary for the defense of this defendant which otherwise would have to be

10  obtained by depositions.  Given the short amount of time available for deposition of the

11  plaintiff, and the large number of claims and defendants named, this is the most reasonable

12  and economic way to gather the necessary factual information about this plaintiff's claims

13  against this defendant.

14  **Interrogatory No. 25:**

15  If YOU contend that Defendant DERBY engaged in any act of retaliation against YOU for

16  exercise of YOUR rights, state each and every specific act engaged in by Defendant

17  DERBY which YOU contend constitutes an act of retaliation.

18  **Response by Plaintiff Huppert**

19  Objection – compound, calls for speculation, and for protected work-product and attorney-

20  client communications.

21  **Justification for Discovery**

22  The Interrogatory is designed to determine what facts plaintiff is aware of that support his

23  contention against this defendant.  This is an efficient and effective way to obtain

24  information necessary for the defense of this defendant which otherwise would have to be

25  obtained by depositions.  Given the short amount of time available for deposition of the

26  plaintiff, and the large number of claims and defendants named, this is the most reasonable

27  and economic way to gather the necessary factual information about this plaintiff's claims

28  against this defendant.

Separate Statement of Discovery Propounded
By Defendant Wade Derby, Plaintiffs' Responses                    20
And Justification for Discovery

*Huppert, et al. v. City of Pittsburg*
Case No. C 05 01433 JL

1  **INTERROGATORIES TO PLAINTIFF SALGADO**

2  **Interrogatory No. 1:**

3  If YOUR response to any Request for Admission served concurrently by Defendant DERBY

4  with these Interrogatories is anything other than an unqualified admission, please state each

5  and every fact upon which YOU base YOUR denial and identify all witnesses and

6  documents which relate to or support YOUR denial.

7  **Response by Plaintiff Salgado**

8  Objection – compound, calls for speculation, and for protected work-product and attorney-

9  client communications.

10  **Justification for Discovery**

11  The Interrogatory is designed to determine if there is a factual basis for denial of the

12  Requests for Admission and to locate relevant witnesses and documents.  This information

13  will be used to prove any facts which this plaintiff denies are true.  This is an efficient and

14  effective way to obtain information necessary for the defense of this defendant which

15  otherwise would have to be obtained by depositions.  Given the short amount of time

16  available for deposition of the plaintiff, and the large number of claims and defendants

17  named, this is the most reasonable and economic way to gather the necessary factual

18  information about this plaintiff's claims against this defendant.

19  **Interrogatory No. 2:**

20  Do YOU contend that Defendant DERBY engaged in any conduct that caused YOU to be

21  deprived of YOUR First Amendment constitutional rights?

22  **Response by Plaintiff Salgado**

23  Objection – compound, calls for speculation, and for protected work-product and attorney-

24  client communications.

25  **Justification for Discovery**

26  The Interrogatory is designed to determine what this plaintiff is contending against this

27  defendant.  This is an efficient and effective way to obtain information necessary for the

28  defense of this defendant which otherwise would have to be obtained by depositions.  Given

Separate Statement of Discovery Propounded
By Defendant Wade Derby, Plaintiffs' Responses                    21
And Justification for Discovery

*Huppert, et al. v. City of Pittsburg*
Case No. C 05 01433 JL

1  the short amount of time available for deposition of the plaintiff, and the large number of

2  claims and defendants named, this is the most reasonable and economic way to gather the

3  necessary factual information about this plaintiff's claims against this defendant.

4  **Interrogatory No. 3:**

5  If YOUR response to the previous interrogatory was in the affirmative please state each and

6  every fact upon which YOU base YOUR contention.

7  **Response by Plaintiff Salgado**

8  Objection – compound, calls for speculation, and for protected work-product and attorney-

9  client communications.

10  **Justification for Discovery**

11  The Interrogatory is designed to determine what facts plaintiff is aware of that support his

12  contention against this defendant.  This is an efficient and effective way to obtain

13  information necessary for the defense of this defendant which otherwise would have to be

14  obtained by depositions.  Given the short amount of time available for deposition of the

15  plaintiff, and the large number of claims and defendants named, this is the most reasonable

16  and economic way to gather the necessary factual information about this plaintiff's claims

17  against this defendant.

18  **Interrogatory No. 4:**

19  Do YOU contend that Defendant DERBY engaged in any conduct that caused YOU to be

20  deprived of YOUR Fourth Amendment constitutional rights?

21  **Response by Plaintiff Salgado**

22  Objection – compound, calls for speculation, and for protected work-product and attorney-

23  client communications.

24  **Justification for Discovery**

25  The Interrogatory is designed to determine what this plaintiff is contending against this

26  defendant.  This is an efficient and effective way to obtain information necessary for the

27  defense of this defendant which otherwise would have to be obtained by depositions.  Given

28  the short amount of time available for deposition of the plaintiff, and the large number of

1   claims and defendants named, this is the most reasonable and economic way to gather the

2   necessary factual information about this plaintiff's claims against this defendant.

3   **Interrogatory No. 5:**

4   If YOUR response to the previous interrogatory was in the affirmative please state each and

5   every fact upon which YOU base YOUR contention.

6   **Response by Plaintiff Salgado**

7   Objection – compound, calls for speculation, and for protected work-product and attorney-

8   client communications.

9   **Justification for Discovery**

10   The Interrogatory is designed to determine what facts plaintiff is aware of that support his

11   contention against this defendant.  This is an efficient and effective way to obtain

12   information necessary for the defense of this defendant which otherwise would have to be

13   obtained by depositions.  Given the short amount of time available for deposition of the

14   plaintiff, and the large number of claims and defendants named, this is the most reasonable

15   and economic way to gather the necessary factual information about this plaintiff's claims

16   against this defendant.

17   **Interrogatory No. 6:**

18   Do YOU contend that Defendant DERBY engaged in any conduct that caused YOU to be

19   deprived of YOUR Fifth Amendment constitutional rights?

20   **Response by Plaintiff Salgado**

21   Objection – compound, calls for speculation, and for protected work-product and attorney-

22   client communications.

23   **Justification for Discovery**

24   The Interrogatory is designed to determine what this plaintiff is contending against this

25   defendant.  This is an efficient and effective way to obtain information necessary for the

26   defense of this defendant which otherwise would have to be obtained by depositions.  Given

27   the short amount of time available for deposition of the plaintiff, and the large number of

28   claims and defendants named, this is the most reasonable and economic way to gather the

1   necessary factual information about this plaintiff's claims against this defendant.

2   **Interrogatory No. 7:**

3   If YOUR response to the previous interrogatory was in the affirmative please state each and

4   every fact upon which YOU base YOUR contention.

5   **Response by Plaintiff Salgado**

6   Objection – compound, calls for speculation, and for protected work-product and attorney-

7   client communications.

8   **Justification for Discovery**

9   The Interrogatory is designed to determine what facts plaintiff is aware of that support his

10  contention against this defendant.  This is an efficient and effective way to obtain

11  information necessary for the defense of this defendant which otherwise would have to be

12  obtained by depositions.  Given the short amount of time available for deposition of the

13  plaintiff, and the large number of claims and defendants named, this is the most reasonable

14  and economic way to gather the necessary factual information about this plaintiff's claims

15  against this defendant.

16  **Interrogatory No. 8:**

17  Do YOU contend that Defendant DERBY engaged in any conduct that caused YOU to be

18  deprived of YOUR Sixth Amendment constitutional rights?

19  **Response by Plaintiff Salgado**

20  Objection – compound, calls for speculation, and for protected work-product and attorney-

21  client communications.

22  **Justification for Discovery**

23  The Interrogatory is designed to determine what this plaintiff is contending against this

24  defendant.  This is an efficient and effective way to obtain information necessary for the

25  defense of this defendant which otherwise would have to be obtained by depositions.  Given

26  the short amount of time available for deposition of the plaintiff, and the large number of

27  claims and defendants named, this is the most reasonable and economic way to gather the

28  necessary factual information about this plaintiff's claims against this defendant.

1  **Interrogatory No. 9:**

2  If YOUR response to the previous interrogatory was in the affirmative please state each and

3  every fact upon which YOU base YOUR contention.

4  **Response by Plaintiff Salgado**

5  Objection – compound, calls for speculation, and for protected work-product and attorney-

6  client communications.

7  **Justification for Discovery**

8  The Interrogatory is designed to determine what facts plaintiff is aware of that support his

9  contention against this defendant.  This is an efficient and effective way to obtain

10  information necessary for the defense of this defendant which otherwise would have to be

11  obtained by depositions.  Given the short amount of time available for deposition of the

12  plaintiff, and the large number of claims and defendants named, this is the most reasonable

13  and economic way to gather the necessary factual information about this plaintiff's claims

14  against this defendant.

15  **Interrogatory No. 10:**

16  Do YOU contend that Defendant DERBY engaged in any conduct that caused YOU to be

17  deprived of YOUR Fourteenth Amendment constitutional rights?

18  **Response by Plaintiff Salgado**

19  Objection – compound, calls for speculation, and for protected work-product and attorney-

20  client communications.

21  **Justification for Discovery**

22  The Interrogatory is designed to determine what this plaintiff is contending against this

23  defendant.  This is an efficient and effective way to obtain information necessary for the

24  defense of this defendant which otherwise would have to be obtained by depositions.  Given

25  the short amount of time available for deposition of the plaintiff, and the large number of

26  claims and defendants named, this is the most reasonable and economic way to gather the

27  necessary factual information about this plaintiff's claims against this defendant.

28

**Interrogatory No. 11:**

Do YOU contend that Defendant DERBY engaged in any conduct that caused YOU to be deprived of YOUR equal protection and due process rights under the California constitutional?

**Response by Plaintiff Salgado**

Objection – compound, calls for speculation, and for protected work-product and attorney-client communications.

**Justification for Discovery**

The Interrogatory is designed to determine what this plaintiff is contending against this defendant.  This is an efficient and effective way to obtain information necessary for the defense of this defendant which otherwise would have to be obtained by depositions.  Given the short amount of time available for deposition of the plaintiff, and the large number of claims and defendants named, this is the most reasonable and economic way to gather the necessary factual information about this plaintiff's claims against this defendant.

**Interrogatory No. 12:**

If YOUR response to the previous interrogatory was in the affirmative please state each and every fact upon which YOU base YOUR contention.

**Response by Plaintiff Salgado**

Objection – compound, calls for speculation, and for protected work-product and attorney-client communications.

**Justification for Discovery**

The Interrogatory is designed to determine what facts plaintiff is aware of that support his contention against this defendant.  This is an efficient and effective way to obtain information necessary for the defense of this defendant which otherwise would have to be obtained by depositions.  Given the short amount of time available for deposition of the plaintiff, and the large number of claims and defendants named, this is the most reasonable and economic way to gather the necessary factual information about this plaintiff's claims against this defendant.

Separate Statement of Discovery Propounded
By Defendant Wade Derby, Plaintiffs' Responses
And Justification for Discovery                                   26

*Huppert, et al. v. City of Pittsburg*
Case No. C 05 01433 JL

**Interrogatory No. 13:**

State each and every act by Defendant DERBY which YOU contend constitutes discrimination against YOU because of YOUR race.

**Response by Plaintiff Salgado**

Objection – compound, calls for speculation, and for protected work-product and attorney-client communications.

**Justification for Discovery**

The Interrogatory is designed to determine what facts plaintiff is aware of that support his contention against this defendant.  This is an efficient and effective way to obtain information necessary for the defense of this defendant which otherwise would have to be obtained by depositions.  Given the short amount of time available for deposition of the plaintiff, and the large number of claims and defendants named, this is the most reasonable and economic way to gather the necessary factual information about this plaintiff's claims against this defendant.

**Interrogatory No. 14:**

Do you contend that YOU suffered any loss of past or future wages or benefits as a result of any conduct by Defendant DERBY?

**Response by Plaintiff Salgado**

Objection – compound, calls for speculation, and for protected work-product and attorney-client communications.

**Justification for Discovery**

The Interrogatory is designed to determine what this plaintiff is contending against this defendant.  This is an efficient and effective way to obtain information necessary for the defense of this defendant which otherwise would have to be obtained by depositions.  Given the short amount of time available for deposition of the plaintiff, and the large number of claims and defendants named, this is the most reasonable and economic way to gather the necessary factual information about this plaintiff's claims against this defendant.

Separate Statement of Discovery Propounded
By Defendant Wade Derby, Plaintiffs' Responses          27
And Justification for Discovery

*Huppert, et al. v. City of Pittsburg*
Case No. C 05 01433 JL

1 **Interrogatory No. 15:**

2 In YOUR answer to the preceding Interrogatory is affirmative, state each and every element

3 of such damage, the conduct by Defendant DERBY which caused it, and the amount of

4 such damage.

5 **Response by Plaintiff Salgado**

6 Objection – compound, calls for speculation, and for protected work-product and attorney-

7 client communications.

8 **Justification for Discovery**

9 The Interrogatory is designed to determine what facts plaintiff is aware of that support his

10 contention against this defendant.  This is an efficient and effective way to obtain

11 information necessary for the defense of this defendant which otherwise would have to be

12 obtained by depositions.  Given the short amount of time available for deposition of the

13 plaintiff, and the large number of claims and defendants named, this is the most reasonable

14 and economic way to gather the necessary factual information about this plaintiff's claims

15 against this defendant.

16 **Interrogatory No. 16:**

17 Do YOU contend that YOU suffered any damage resulting from emotional distress as a

18 result of any conduct by Defendant DERBY?

19 **Response by Plaintiff Salgado**

20 Objection – compound, calls for speculation, and for protected work-product and attorney-

21 client communications.

22 **Justification for Discovery**

23 The Interrogatory is designed to determine what this plaintiff is contending against this

24 defendant.  This is an efficient and effective way to obtain information necessary for the

25 defense of this defendant which otherwise would have to be obtained by depositions.  Given

26 the short amount of time available for deposition of the plaintiff, and the large number of

27 claims and defendants named, this is the most reasonable and economic way to gather the

28 necessary factual information about this plaintiff's claims against this defendant.

Separate Statement of Discovery Propounded
By Defendant Wade Derby, Plaintiffs' Responses                    28
And Justification for Discovery

*Huppert, et al. v. City of Pittsburg*
Case No. C 05 01433 JL

**Interrogatory No. 17:**

In YOUR answer to the preceding Interrogatory is affirmative, state each and every element of such damage, the conduct by Defendant DERBY which caused it, and the amount of such damage.

**Response by Plaintiff Salgado**

Objection – compound, calls for speculation, and for protected work-product and attorney-client communications.

**Justification for Discovery**

The Interrogatory is designed to determine what facts plaintiff is aware of that support his contention against this defendant.  This is an efficient and effective way to obtain information necessary for the defense of this defendant which otherwise would have to be obtained by depositions.  Given the short amount of time available for deposition of the plaintiff, and the large number of claims and defendants named, this is the most reasonable and economic way to gather the necessary factual information about this plaintiff's claims against this defendant.

**Interrogatory No. 18:**

Do YOU contend that YOU suffered any other loss of wages or benefits as a result of any conduct by Defendant DERBY?

**Response by Plaintiff Salgado**

Objection – compound, calls for speculation, and for protected work-product and attorney-client communications.

**Justification for Discovery**

The Interrogatory is designed to determine what this plaintiff is contending against this defendant.  This is an efficient and effective way to obtain information necessary for the defense of this defendant which otherwise would have to be obtained by depositions.  Given the short amount of time available for deposition of the plaintiff, and the large number of claims and defendants named, this is the most reasonable and economic way to gather the necessary factual information about this plaintiff's claims against this defendant.

Separate Statement of Discovery Propounded
By Defendant Wade Derby, Plaintiffs' Responses
And Justification for Discovery

29

*Huppert, et al. v. City of Pittsburg*
Case No. C 05 01433 JL

1  **Interrogatory No. 19:**

2  In YOUR answer to the preceding Interrogatory is affirmative, state each and every element

3  of such damage, the conduct by Defendant DERBY which caused it, and the amount of

4  such damage.

5  **Response by Plaintiff Salgado**

6  Objection – compound, calls for speculation, and for protected work-product and attorney-

7  client communications.

8  **Justification for Discovery**

9  The Interrogatory is designed to determine what facts plaintiff is aware of that support his

10  contention against this defendant.  This is an efficient and effective way to obtain

11  information necessary for the defense of this defendant which otherwise would have to be

12  obtained by depositions.  Given the short amount of time available for deposition of the

13  plaintiff, and the large number of claims and defendants named, this is the most reasonable

14  and economic way to gather the necessary factual information about this plaintiff's claims

15  against this defendant.

16  **Interrogatory No. 20:**

17  Do YOU contend that Defendant DERBY engaged in any conduct justifying an award of

18  punitive damages in this matter?

19  **Response by Plaintiff Salgado**

20  Objection – compound, calls for speculation, and for protected work-product and attorney-

21  client communications.

22  **Justification for Discovery**

23  The Interrogatory is designed to determine what this plaintiff is contending against this

24  defendant.  This is an efficient and effective way to obtain information necessary for the

25  defense of this defendant which otherwise would have to be obtained by depositions.  Given

26  the short amount of time available for deposition of the plaintiff, and the large number of

27  claims and defendants named, this is the most reasonable and economic way to gather the

28  necessary factual information about this plaintiff's claims against this defendant.

Separate Statement of Discovery Propounded
By Defendant Wade Derby, Plaintiffs' Responses
And Justification for Discovery

30

*Huppert, et al. v. City of Pittsburg*
Case No. C 05 01433 JL

**Interrogatory No. 21:**

If YOUR answer to the preceding interrogatory is affirmative, state each and every fact upon which YOU base YOUR contention that Defendant DERBY engaged in conduct justifying an award of punitive damages.

**Response by Plaintiff Salgado**

Objection – compound, calls for speculation, and for protected work-product and attorney-client communications.

**Justification for Discovery**

The Interrogatory is designed to determine what facts plaintiff is aware of that support his contention against this defendant.  This is an efficient and effective way to obtain information necessary for the defense of this defendant which otherwise would have to be obtained by depositions.  Given the short amount of time available for deposition of the plaintiff, and the large number of claims and defendants named, this is the most reasonable and economic way to gather the necessary factual information about this plaintiff's claims against this defendant.

**Interrogatory No. 22:**

State each and every act by Defendant DERBY demonstrating that he intended, or recklessly disregarded the likelihood, that his acts would cause YOU to suffer emotional distress.

**Response by Plaintiff Salgado**

Objection – compound, calls for speculation, and for protected work-product and attorney-client communications.

**Justification for Discovery**

The Interrogatory is designed to determine what facts plaintiff is aware of that support his contention against this defendant.  This is an efficient and effective way to obtain information necessary for the defense of this defendant which otherwise would have to be obtained by depositions.  Given the short amount of time available for deposition of the plaintiff, and the large number of claims and defendants named, this is the most reasonable

Separate Statement of Discovery Propounded
By Defendant Wade Derby, Plaintiffs' Responses          31
And Justification for Discovery

*Huppert, et al. v. City of Pittsburg*
Case No. C 05 01433 JL

1  and economic way to gather the necessary factual information about this plaintiff's claims

2  against this defendant.

3  **Interrogatory No. 23:**

4  State each and every action by Defendant DERBY which YOU contend constitutes reckless,

5  intentional or negligent conduct falling below the standard of care owed to YOU.

6  **Response by Plaintiff Salgado**

7  Objection – compound, calls for speculation, and for protected work-product and attorney-

8  client communications.

9  **Justification for Discovery**

10  The Interrogatory is designed to determine what facts plaintiff is aware of that support his

11  contention against this defendant.  This is an efficient and effective way to obtain

12  information necessary for the defense of this defendant which otherwise would have to be

13  obtained by depositions.  Given the short amount of time available for deposition of the

14  plaintiff, and the large number of claims and defendants named, this is the most reasonable

15  and economic way to gather the necessary factual information about this plaintiff's claims

16  against this defendant.

17  **Interrogatory No. 24:**

18  If YOU contend that Defendant DERBY engaged in any act of conspiracy to deprive YOU of

19  YOUR rights, state each and every specific act engaged in by Defendant DERBY which

20  YOU contend constitutes an act of conspiracy.

21  **Response by Plaintiff Salgado**

22  Objection – compound, calls for speculation, and for protected work-product and attorney-

23  client communications.

24  **Justification for Discovery**

25  The Interrogatory is designed to determine what facts plaintiff is aware of that support his

26  contention against this defendant.  This is an efficient and effective way to obtain

27  information necessary for the defense of this defendant which otherwise would have to be

28  obtained by depositions.  Given the short amount of time available for deposition of the

Separate Statement of Discovery Propounded
By Defendant Wade Derby, Plaintiffs' Responses                    32
And Justification for Discovery

*Huppert, et al. v. City of Pittsburg*
Case No. C 05 01433 JL

1 plaintiff, and the large number of claims and defendants named, this is the most reasonable

2 and economic way to gather the necessary factual information about this plaintiff's claims

3 against this defendant.

4 **Interrogatory No. 25:**

5 If YOU contend that Defendant DERBY engaged in any act of retaliation against YOU for

6 exercise of YOUR rights, state each and every specific act engaged in by Defendant

7 DERBY which YOU contend constitutes an act of retaliation.

8 **Response by Plaintiff Salgado**

9 Objection – compound, calls for speculation, and for protected work-product and attorney-

10 client communications.

11 **Justification for Discovery**

12 The Interrogatory is designed to determine what facts plaintiff is aware of that support his

13 contention against this defendant.  This is an efficient and effective way to obtain

14 information necessary for the defense of this defendant which otherwise would have to be

15 obtained by depositions.  Given the short amount of time available for deposition of the

16 plaintiff, and the large number of claims and defendants named, this is the most reasonable

17 and economic way to gather the necessary factual information about this plaintiff's claims

18 against this defendant.

19 Dated:  October 14, 2005                MEYERS, NAVE, RIBACK, SILVER & WILSON

20

21                              By___/S/____Kathy E. Mount_____

22                                 Kathy E. Mount
                                   Attorneys for Defendants

23                                 CITY OF PITTSBURG, CHIEF OF POLICE
                                   AARON BAKER, CAPT. WILLIAM ZBACNIK,

24                                 LT. MICHAEL BARBANICA, LT. WILLIAM
                                   "BRIAN" ADDINGTON, and LT. WADE

25                                 DERBY

26 787169

27

28