UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON HUPPERT, | No. C 05-1433 JL |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| CITY OF PITTSBURG, ET AL., | |
| Defendants. | |

TO PLAINTIFF AND COUNSEL OF RECORD: You are hereby ordered to appear before this Court on December 7, 2005 at 9:30 a.m. in Courtroom F, 15th Floor, 450 Golden Gate Avenue, and show cause why you should not be sanctioned for failure to comply with this court's order of November 16. This order confirmed the order from the bench at the hearing on November 9 that Plaintiff respond to Defendants' discovery requests and provide initial disclosures on or before November 23, 2005.

IT IS SO ORDERED.

DATED: December 2, 2005

_____
James Larson
United States Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIVIL\05-1433\OSC.wpd        1