United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11   RON HUPPERT,                          No. C 05-1433  JL

12          Plaintiff,                     **ORDER NOT TO LODGE
                                           DISCOVERY WITH COURT**
13      v.

14   CITY OF PITTSBURG, ET AL.,

15          Defendants.
     _____/

16

17

18          The Court received a large volume of discovery responses from Plaintiff. Pursuant to

19   Civil Local Rule 26-1, the parties are the exclusive custodians of discovery requests and

20   responses. These are not to be submitted to the Court absent an express order to that

     effect.

21          IT IS SO ORDERED.

22   DATED: January 9, 2006

23

24                                         _____
                                                James Larson
25                                         James Larson
                                           Chief United States Magistrate Judge

26

27

28

C-05-1433 DISCOVERY ORDER                                          Page 1 of  1