Russell A. Robinson, SBN 163937
LAW OFFICE OF RUSSELL A. ROBINSON
345 Grove Street
First Floor
San Francisco CA 94102
Telephone:   (415) 255-0462
Facsimile:   (415) 431-4526

Attorneys for Plaintiffs
RON HUPPERT and JAVIER SALGADO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON HUPPERT and JAVIER SALGADO, ) | No.   C-05-1433-JL |
| ) | |
| Plaintiffs, ) | **ORDER CONTINUING HEARING ON DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT AND EXTENDING TIME TO OPPOSE** |
| ) | |
| v. ) | |
| ) | |
| CITY OF PITTSBURG, et al., ) | |
| ) | |
| Defendants. ) | |

Good cause appearing, it is hereby ordered as follows:

The hearing on Defendants' motions for summary judgment and other relief shall be continued from August 2, 2006, to August 30, 2006, at 9:30 a.m., in Courtroom F on the 15th Floor of the Federal Building at 450 Golden Gate Avenue in San Francisco, California.

Plaintiffs' opposition(s) to the motions may be filed on or before August 9, 2006.

Defendants' reply may be filed on or before August 16, 2006.

**IT IS SO ORDERED.**

Date: ___July 17___, 2006   _____
Chief Magistrate
USDC, Northern District

*IT IS SO ORDERED*
*Judge James Larson*

*Hupperrt & Salgado v. Pittsburg, et al. (No. C-05-1433-JL)*
ORDER CONTINUING HEARING ON DEFENDANTS'
MOTIONS FOR SUMMARY JUDGMENT AND
EXTENDING TIME TO OPPOSE                                     04-0000H&S/P022.ORDER