UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RON HUPPERT,            No. C 05-1433 JL

     Plaintiff,            **ORDER VACATING TRIAL DATE**

    v.

CITY OF PITTSBURG, ET AL.,

     Defendants.
_____/

The Court has under submission Defendants' motion for summary judgment, after hearing oral argument on August 30, 2006. The Court will issue its order, but not before September 11, the date currently set for jury trial of this case. Accordingly, the trial date is hereby vacated, to be re-set following issuance of the Court's order on the summary judgment motion.

IT IS SO ORDERED.

DATED: September 6, 2006

_____
James Larson
Chief Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIVIL\05-1433\ord-vacate-trial-9-13.wpd

G:\JLALL\CHAMBERS\CASES\CIVIL\05-1433\ord-vacate-trial-9-13.wpd