Russell A. Robinson, SBN 163937
LAW OFFICE OF RUSSELL A. ROBINSON, APC
345 Grove Street
First Floor
San Francisco CA  94102
Telephone:     (415) 255-0462
Facsimile:     (415) 431-4526

Attorneys for Plaintiffs
RON HUPPERT and JAVIER SALGADO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RON HUPPERT and JAVIER SALGADO, | ) | No.   C-05-1433-JL |
| Plaintiffs, | ) ) ) | [Proposed] **XXXXXXX** ORDER GRANTING PLAINTIFFS LEAVE TO FILE |
| v. | ) ) | SUPPLEMENTAL BRIEF |
| CITY OF PITTSBURG, et al., | ) ) | |
| Defendants. | ) ) | |

On August 29, 2006, the California Court of Appeal issued a decision, *McRae v. Department of Corrections* (06 CDOS 8091).  On August 30, 2006, counsel for the parties in this action appeared and argued the defense motions for summary judgment/adjudication.  Neither side addressed the *McRae* decision at oral argument.  After oral argument, the Court took the matter under submission.

On September 7, 2006, Defendants herein filed a two-page letter brief, arguing the *McRae* decision and its applicability to this case.  Defendants did not file a "Statement of Decision, containing only a citation and providing a copy of the new opinion – without argument," as required by local rules.

On September 8, 2006, Plaintiffs requested that they be allowed to file a similar brief, in the form of a two-page letter, addressing the *McRae* decision and its relative impact to the record

1  before the Court in this case, on or before September 13, 2006.

2      Good cause appearing, it is hereby ordered as follows:

3      Plaintiffs may file a letter brief, not to exceed two pages, addressing the *McRae* decision

4  and its impact to the record before the Court in this case, on or before September 13, 2006.

5  **IT IS SO ORDERED.**

7  Date: _Sept 12_____, 2006

    IT IS SO ORDERED
    *James Larson*
    Judge James Larson

*Hupperrt & Salgado v. Pittsburg, et al. (No. C-05-1433-JL)*
[Proposed] ORDER GRANTING PLAINTIFFS
LEAVE TO FILE SUPPLEMENTAL BRIEF      - 2 -      04-0000H&S/P030.ORDER