Russell A. Robinson, SBN 163937
Law Office of Russell A. Robinson, APC
345 Grove Street
First Floor
San Francisco CA 94102
Telephone:  (415) 255-0462
Facsimile:  (415) 431-4526

Attorneys for Plaintiffs
RON HUPPERT and JAVIER SALGADO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON HUPPERT and JAVIER SALGADO, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF PITTSBURG, et al., <br><br> Defendants. | No.   C-05-1433-JL <br><br> STIPULATION TO RE-SET HEARING ON PLAINTIFFS' MOTION FOR REVIEW OF THE CLERK'S TAXATION OF COSTS <br><br> Date:         July 25, 2007 <br> Time:        9:30 a.m. <br> Courtroom:  F, 15th Floor <br> [Case Closed: November 15, 2006] |

THE PARTIES HERE, THROUGH COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

The hearing on the motion for review and to challenge the clerk's taxation of costs, filed by Plaintiffs-Appellants, was continued by the Court from July 18, 2007, to July 25, 2007.

The parties hereby agree and stipulate that the hearing be re-set to August 1, 2007, at 9:30 a.m., in Courtroom F of the above court, and that the dates for filing all opposition and reply papers be calculated by reference to the August 1, 2007, date.

Date:  June 14, 2007                    Law Office of Russell A. Robinson, APC


                                        /S/ Russell A. Robinson
                                    By: Russell A. Robinson
                                        Counsel for Plaintiffs-Appellants
                                        RON HUPPERT & JAVIER SALGADO

1 | Date: June 28, 2007           MEYERS NAVE
2
3 |                               /S/
  |                               _____
  |                               Kathy E. Mount
4 |                               Justine Hinderliter
  |                               Counsel for Defendants-Appellees
5 |                               CITY OF PITTSBURG, CHIEF AARON BAKER,
  |                               WILLIAM ZBACNIK, WADE DERBY, WILLIAM
6 |                               "BRIAN" ADDINGTON, and MICHAEL BARBANICA

7 |                               **ORDER**

8 | Good cause appearing,

9 | It is hereby ordered as follows:

10 | The hearing on the motion for review and to challenge the clerk's taxation of costs, filed
   | **submitted without oral argument (Civ. L.R. 7-1(b)).**
11 | by Plaintiffs-Appellants, shall be ~~set to August 1, 2007, at 9:30 a.m. in Courtroom F of the~~

12 | ~~above court~~. The dates for filing all opposition and reply papers shall be calculated by reference

13 | to the August 1, 2007, date.

14 | **IT IS SO ORDERED.**

15

16 | Date: July 2, 2007            _____
17 |                               CHIEF MAGISTRATE JUDGE JAMES LARSON
   |                               United States District Court, North. District Of Cal.